**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**JAMES MARION CROW**                                              **PLAINTIFF**

**v.**                    **CASE NO. 3:13CV00219 BSM**

**MATT HALL**                                                     **DEFENDANT**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young have been reviewed. No objections have been filed. After careful consideration, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety. Accordingly, defendant Matt Hall's motion to dismiss [Doc. No. 8] is granted, and plaintiff James Crow's complaint is dismissed without prejudice. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). It is certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 4th day of March 2014.

_____
UNITED STATES DISTRICT JUDGE