**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**JAMES MARION CROW**                                                                         **PLAINTIFF**

**v.**                                **CASE NO. 3:13CV00219 BSM**

**MATT HALL**                                                                             **DEFENDANT**

## JUDGMENT

Pursuant to the order entered on this date, this case is dismissed without prejudice.

It is certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 4th day of March 2014.

                                                                          _____
                                                                          UNITED STATES DISTRICT JUDGE